UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY QUARANTA, | ) | Circuit Court of |
| | ) | Cook County, Illinois |
| Plaintiffs, | ) | Case No. 08 CH 19043 |
| | ) | |
| | ) | 08 C 3807 |
| v. | ) | |
| | ) | Judge Gettleman |
| BAYVIEW LOAN SERVICING LLC, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD.**

NOW COMES Defendant, BAYVIEW LOAN SERVICING LLC. ("Bayview"), by and through its attorneys, Michael J. Weik, Craig C. Smith of Smith & Weik LLC, and move this court for relief as follows:

1. On or about May 23, 2008, the Plaintiff, Anthony Quaranta commenced an action against the Defendant in the Circuit Court of Cook County, Illinois.

2. Bayview retained counsel and the action was removed to this court on July 3, 2008.

3. Plaintiff's complaint seeks reformation or rescission of a commercial loan Note and Mortgage based in substantial part on the allegations that Plaintiff was not aware of certain terms contained in the loan documents he signed.

4. Counsel for Bayview requires additional time to investigate the allegations and answer or otherwise plead.

5. Bayview requests twenty-one days until August 13, 2008 to answer or otherwise plead to Plaintiff's complaint.

6. Bayview's request is not interposed for purposes of delay and no party will be

1

prejudiced.

    Wherefore, Bayview requests an extension of time to answer or otherwise plead until August 13, 2008.

        Respectfully submitted,

        BAYVIEW LOAN SERVICING LLC

        By: s/Michael J. Weik_____
           One of Defendants' Attorneys

Michael J. Weik ARDC # 3125782
Craig C. Smith   ARDC #6238126
Smith & Weik LLC
10 S. LaSalle Street, Suite 3702
Chicago, IL 60603
312-443-9540