UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY QUARANTA, | ) | Circuit Court of |
| | ) | Cook County, Illinois |
| Plaintiffs, | ) | Case No. 08 CH 19043 |
| | ) | |
| | ) | 08 C 3807 |
| v. | ) | |
| | ) | Judge Gettleman |
| BAYVIEW LOAN SERVICING LLC, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Eugene I. Turin
       400 Skokie Blvd., Suite 380
       Northbrook, IL 60062

Please take notice that on July 29, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman in Room 1703 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the attached Motion for Extension of Time to Answer or Otherwise Plead.

                                              s/ Michael J. Weik_____
                                              One of the Attorneys for
                                              Bayview Loan Servicing LLC

Michael J. Weik,  #3125782
Smith & Weik LLC
10 S. LaSalle Street, Suite 3702
Chicago, Illinois   60603
312-443-9540

## PROOF OF SERVICE

The undersigned certifies, deposes and says upon oath that on July 23, 2008 the undersigned served the above Notice, together with true and accurate copies of the above stated instruments upon the above named parties by electronic mail and via the electronic filing system for the Northern District Court to the above named Plaintiff's attorney and all parties of record.

                                              s/ Michael J. Weik