UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY QUARANTA, | ) | Circuit Court of |
| | ) | Cook County, Illinois |
| Plaintiffs, | ) | Case No. 08 CH 19043 |
| | ) | |
| | ) | 08 C 3807 |
| v. | ) | |
| | ) | Judge Gettleman |
| BAYVIEW LOAN SERVICING LLC, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING & CERTIFICATE OF SERVICE**

TO:   Eugene I. Turin
       400 Skokie Blvd., Suite 380
       Northbrook, IL 60062

On August 13, 2008, I caused to be filed Bayview Loan Servicing LLC's Answer and Counterclaim via the Court's ECF Document Filing System

                                  s/Michael J. Weik_____
                                  Attorney for Bayview Loan Servicing LLC

Michael J. Weik, #3125782
Smith & Weik LLC.
10 S. LaSalle, Suite 3702
Chicago, Illinois 60603
312-443-9540
43703

**CERTIFICATE OF SERVICE**

I, Michael J. Weik, certify I served the above referenced instrument by electronic notification through the Court's ECF Document Filing System to all counsel of record on August 13, 2008

                                  Signed and Certified:


                                  s/Michael J. Weik_____